UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,             :      NOTICE OF INTENT TO
                                             FILE AN INFORMATION
           -v.-                       :
                                             07 Mag. _____
JEFFREY BLUE,                         :

              Defendant.        **07 CRIM. 269**

- - - - - - - - - - - - - - - - - - - - -x

           PLEASE TAKE NOTICE that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
          March 29, 2007

JUDGE KARAS

                                 MICHAEL J. GARCIA
                                 United States Attorney

                           By:   _____
                                 Daniel W. Levy/E. Danya Perry
                                 Assistant United States Attorneys


                                 AGREED AND CONSENTED TO:

                                 _____
                                 Erika McDaniel Edwards, Esq.
                                 Donaldson, Chilliest & McDaniel LLP
                                 Attorney for Defendant Jeffrey Blue

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3|29|07

W/let A