UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA               :     **WAIVER OF INDICTMENT**

      -v.-                             :     07 Cr. _____ (KMK)

JEFFREY BLUE,                          :     07CRIM 269

      Defendant.                       :

- - - - - - - - - - - - - - - - - -x

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1349 and 1956(h), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:  New York, New York
        March 30, 2007



_____
JEFFREY BLUE
Defendant

_____
Witness

_____
Erika McDaniel Edwards, Esq.
Attorney for Jeffrey Blue